# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:                                                  :         Chapter 13
    Sharon K Upchurch                         :         Case No. 13-52013
                                               :         Judge Caldwell
                                               :
    *Debtors*                                  :

## CHANGE OF MAILING ADDRESS NOTIFICATION

NAME OF PARTY TO BE CHANGED:        Sharon Upchurch

NEW MAILING ADDRESS:                560 Nashoba Ave.
                                        Columbus, OH 43223

FORMER MAILING ADDRESS:             2809 Marblewood Drive
                                        Columbus, OH 43219


DATE:  November 12, 2015             */s/ Danielle R. Weinzimmer*
                                     Danielle R. Weinzimmer (0082119)
                                     Attorney for Debtors
                                     1335 Dublin Road, Suite 05C
                                     Columbus, OH 43215
                                     (614) 228-4435
                                     (614) 228-3882 *fax*
                                     Danielle@fesenmyerlaw.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing CHANGE OF ADDRESS was sent by regular U.S. mail or Electronic Notification on this 12th day of November 2015 to the following:

*Via electronic service:*

- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Edward Henry Cahill     amps@manleydeas.com
- Faye D. English     notices@ch13columbus.com
- Brian M Gianangeli     bgianangeli@mifsudlaw.com

*And Via first class postage prepaid U.S. mail:*

**Debtor(s):**
Sharon K Upchurch
560 Nashoba Ave.
Columbus, OH 43223


November 12, 2015                                                   */s/ Danielle R. Weinzimmer*
Date                                                                              Danielle R. Weinzimmer (0082119)
                                                                                      Attorney for Debtor(s)